Sebastian X. MOORE, Plaintiff—
Appellant,

v.

Elizabeth Coleman GRAY, North Car-
olina Prisoner Legal Services, De-
fendant—Appellee.

No. 05–6282.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 9, 2005.

Decided: June 16, 2005.

Sebastian X. Moore, Appellant pro se.

Before NIEMEYER and DUNCAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Sebastian X. Moore appeals the district
court's order dismissing as frivolous his 42
U.S.C. § 1983 (2000) complaint alleging
that counsel failed to recognize appealable
issues and refused to represent him. We
have reviewed the record and find that this
appeal is frivolous. Accordingly, we affirm
on the reasoning of the district court. *See
Moore v. Gray,* No. CA–04–918–5
(E.D.N.C. Jan. 26, 2005). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED*